Case No. 8:07-CR-387-T-17MAP

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.   CASE NO. 8:07-CR-387-T-17MAP

RODOLPHO CRUZ,
a/k/a Angel Villegas,
a/k/a Kilo.

_____/

ORDER

This cause is before the Court sua sponte. Counsel for Defendant Rodolpho Cruz, Anthony Solis, Esq., seeks leave to bring a cell phone in the Courthouse for hearing before the undersigned on December 15, 2015, at 2:00 p.m. in Courtroom 14A. Anthony Solis, Esq. filed an application to appear pro hac vice, paid the required fee, and was orally appointed to represent Defendant Cruz on June 3, 2015. (Dkts. 42, 43).

Pursuant to the General Order, No. 6:13-MC-94-ORL-22, the Court grants leave to counsel for Defendant Cruz, Anthony Solis, Esq., to bring a cell phone into the Courthouse. Accordingly, it is

**ORDERED** that Anthony Solis, Esq. is **granted leave** to bring a cell phone into the U.S. Courthouse on December 15, 2015.

Case No. 8:07-CR-387-T-17MAP

**DONE and ORDERED** in Chambers in Tampa, Florida on this 15th day of December, 2015.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All parties and counsel of record
CSO

| | | |
|---|---|---|
| 06/03/2015 | 38 | ORAL MOTION to continue June 8, 2015 trial and waiver of speedy trial through October 31, 2015 by Rodolpho Cruz. (CLM) (Entered: 06/03/2015) |
| 06/03/2015 | 39 | **ORAL ORDER granting 38 Motion to continue trial as to Rodolpho Cruz (1). Pursuant to 18:USC:3161(h)(7)(A), the Court finds that the ends of justice served by such continuance outweigh the best interest of the public and the defendant(s) in a speedy trial; this time is therefore deemed EXCLUDABLE. Signed by Judge Elizabeth A. Kovachevich on 6/3/2015. (CLM) (Entered: 06/03/2015)** |
| 06/03/2015 | 40 | NOTICE canceling jury trial hearing scheduled for 6/8/2015 as to Rodolpho Cruz (CLM) (Entered: 06/03/2015) |
| 06/03/2015 | 41 | **ENDORSED ORDER finding as moot 36 Motion to continue trial as to Rodolpho Cruz (1). The Court ruled on the oral motion to continue trial and waiver of speedy trial in open court. Signed by Judge Elizabeth A. Kovachevich on 6/3/2015. (CLM) (Entered: 06/03/2015)** |
| 06/03/2015 | 42 | ORAL MOTION for Leave to Appear Pro Hac Vice by Attorney Anthony Solis for Rodolpho Cruz. (CLM) (Entered: 06/03/2015) |
| 06/03/2015 | 43 | **ORAL ORDER granting 42 Motion for Leave to Appear Pro Hac Vice as to Attorney Anthony Solis for Rodolpho Cruz (1). The docket clerk shall enter Mr. Solis' appearance on the docket and Mr. Solis has been notified to file a Designation of Local Counsel within fourteen (14) days. Signed by Judge Elizabeth A. Kovachevich on 6/3/2015. (CLM) (Entered: 06/03/2015)** |
| 06/03/2015 | | (Court only) Attorney update in case as to Rodolpho Cruz. Attorney Anthony M. Solis added for Rodolpho Cruz. (AG) (Entered: 06/03/2015) |
| 06/11/2015 | 44 | APPEARANCE of non-resident counsel and designation of local counsel by Anthony M. Solis on behalf of Rodolpho Cruz. Local Counsel: Donald J. Kilfin. Non-Resident Counsel: Anthony M. Solis. (Solis, Anthony) (Entered: 06/11/2015) |
| 06/12/2015 | 45 | **ENDORSED ORDER as to Rodolpho Cruz re 37 Status Conference, directing the Parties to file a brief status report advising the Court of the date an evidentiary hearing may be scheduled, how much time the hearing is expected to take, and whether Defendant intends to file an Amended or Supplemental Motion to Dismiss. Signed by Judge Elizabeth A. Kovachevich on 6/12/2015. (JM) (Entered: 06/12/2015)** |
| 06/15/2015 | 46 | STATUS REPORT *(Joint)* by Rodolpho Cruz. (Solis, Anthony) (Entered: 06/15/2015) |
| 06/16/2015 | 47 | NOTICE OF HEARING ON MOTION in case as to Rodolpho Cruz: Motion Hearing set for 7/29/2015 at 02:00 PM in Tampa Courtroom 14 A before Judge Elizabeth A. Kovachevich. Note: Defendant must be present and 90 minutes has been reserved on the Court's docket. (CLM) (Entered: 06/16/2015) |
| 06/16/2015 | 48 | **ORDER as to Rodolpho Cruz, directing Defendant Cruz to file redacted Motion to Dismiss within seven days, and directing the Government to file redacted Response. Signed by Judge Elizabeth A. Kovachevich on 6/16/2015. (JM) (Entered: 06/16/2015)** |
| 06/23/2015 | 49 | *REDACTED* MOTION to Dismiss by Rodolpho Cruz (Attachments: # 1 Main Document (Motion - Redacted), # 2 Exhibit (Exhibits - Redacted))(Solis, Anthony) Modified on 7/1/2015 to edit event. (AG) (Entered: 06/23/2015) |
| 06/30/2015 | 50 | RESPONSE in Opposition by USA as to Rodolpho Cruz re 49 REDACTED MOTION to Dismiss by USA as to Rodolpho Cruz. (Preston, James) Modified on 7/1/2015 to edit text. (AG) (Entered: 06/30/2015) |
| 07/02/2015 | 51 | MEMORANDUM in support re 49 Motion to Dismiss by Rodolpho Cruz. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I)(Solis, Anthony) (Entered: 07/02/2015) |
| 07/08/2015 | 52 | MOTION for Discovery by Rodolpho Cruz. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Solis, Anthony) Motions referred to Magistrate Judge Mark A. Pizzo. |